# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137111(148)(150)

ANTHONY PELLEGRINO, Individually and as
Personal Representative of the Estate of
SHIRLEY ANN PELLEGRINO,
            Plaintiffs-Appellees,

v

AMPCO SYSTEMS PARKING,
            Defendant-Appellant.

SC: 137111
COA: 274743
Wayne CC: 03-325462-NI

_____

On order of the Chief Justice, motions by the State Bar of Michigan and Michigan Defense Trial Counsel for leave to file briefs *amicus curiae* are considered and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2009

_____
Clerk